IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| VS. | :     **7:06-CR-4(HL)** |
| YELI VALLES LOZANO | : |
| Defendant. | : |

**O R D E R**

    This defendant, who is charged along with a co-defendant with Possession With Intent to Distribute More Than 500 Grams of Methamphetamine is a Mexican citizen who by her own admission is not in this country legally.  All of her relatives presently reside in Mexico.  Her only connection with the Middle District of Georgia is her arrest for the above offense.  Upon her initial appearance on June 14, 2006, the Office of the United States Attorney orally moved for pre-trial detention to be followed by an electronically filed motion.  The defendant, through appointed counsel, acknowledges that given her present circumstances, there is no condition or combination of conditions that will reasonably assure her presence in Court and she therefore waives a hearing on the motion seeking pre-trial detention.

    Accordingly, the motion for pre-trial detention is **GRANTED.** The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court

proceeding.

SO ORDERED, this 21st day of June 2006.

                                          ***/s/ Richard L. Hodge***
                                          RICHARD L. HODGE
                                          UNITED STATES MAGISTRATE JUDGE